**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00930-CR

**ALICE ANNETTE STEELE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-45120-M**

## ORDER

The Court **GRANTS** court reporter Belinda Baraka's request for an extension of time to file the reporter's record to the extent that we **ORDER** Ms. Baraka to file the record within **THIRTY DAYS** of the date of this order.

The clerk's record is overdue. Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record in this appeal by **DECEMBER 23, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE